MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GABRIEL WATTERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR.S-09-0198 JAM |
| | ) |
| v. | ) REQUEST FOR ORDER AND ORDER |
| | ) EXONERATING BAIL |
| | ) |
| | ) Date: |
| | ) Time: |
| GABRIEL WATTERS | ) Judge: Hon. CAROLYN K. DELANEY |
| | ) |
| Defendant. | |

The defendant self surrendered to the Bureau of Prisons in October 2011, and he is serving his sentence at Lompoc FCI, Register No. 18497-097.

Assistant United States Attorney Steven Lapham is aware of same and does not oppose this request.

////

////

////

////

**ORDER EXONERATING BAIL**

As such, it is hereby requested that the bail previously posted in this matter be exonerated.

Dated January 3, 2011      /s/ *Mark Reichel*

ATTORNEY FOR THE DEFENDANT


So ordered.

Dated: January 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BAIL